IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CASARES, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> M.C. SAYRE, et al., ) <br> Defendants. ) <br> _____ ) | No. C 12-2514 JSW (PR) <br><br> **ORDER AMENDING ORDER** <br> **OF OCTOBER 11, 2012** |

The Order dated October 11, 2012, (docket number 17) is hereby AMENDED as follows:

The second numbered paragraph in the conclusion is deleted and replaced with "2. Plaintiff shall complete service on or before **November 19, 2012**. Failure to do so will result in the dismissal of this case without prejudice under Rule 4(m)."

IT IS SO ORDERED.

DATED: October 23, 2012

_____
JEFFREY S. WHITE
United States District Judge

| | | |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | FOR THE |
| 3 | | NORTHERN DISTRICT OF CALIFORNIA |

RAYMOND CASARES,

        Plaintiff,

  v.

M.C. SAYRE et al,

        Defendant.
                                                   /

Case Number: CV12-02514 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Casares
D09770
P.O. Box 7500
Crescent City, CA 95532

Dated: October 23, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk