IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CASARES,<br><br>      Plaintiff,<br><br>  v.<br><br>M.C. SAYRE, et al.,<br><br>      Defendants.<br>_____ | No. C 12-2514 JSW (PR)<br><br>**ORDER AMENDING ORDER OF OCTOBER 11, 2012** |

      The Order dated October 11, 2012, (docket number 17) is hereby AMENDED as follows:

      The second numbered paragraph in the conclusion is deleted and replaced with "2. Plaintiff shall complete service on or before **November 19, 2012**. Failure to do so will result in the dismissal of this case without prejudice under Rule 4(m)."

      IT IS SO ORDERED.

DATED: October 23, 2012

                                    _____
                                    JEFFREY S. WHITE
                                    United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

RAYMOND CASARES,

        Plaintiff,

  v.

M.C. SAYRE et al,

        Defendant.

Case Number: CV12-02514 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Casares
D09770
P.O. Box 7500
Crescent City, CA 95532

Dated: October 23, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk