IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LACEDRIC W. JOHNSON, | ) | No. C 12-0720 JSW (PR) |
| Petitioner, | ) ) | **ORDER GRANTING EXTENSION OF TIME** |
| vs. | ) ) | |
| P.D. BRAZELTON, | ) ) | |
| Respondent. | ) ) | (Docket No. 16) |

    Good cause appearing, Petitioner's motion for an extension of time in which to file an opposition, to and including January 24, 2013, is GRANTED. Respondent shall file a reply brief no later than 14 days after the date the opposition is filed.

    IT IS SO ORDERED.

DATED: January 9, 2013

                                      JEFFREY S. WHITE
                                      United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEDRIC W JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>P D BRAZELTON et al,<br><br>    Defendant. | Case Number: CV12-00720 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lacedric W. Johnson H-28940
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

Dated: January 9, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk