IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CASARES, ) | No. C 12-2514 JSW (PR) |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| v. ) | |
| ) | |
| M.C. SAYRE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to Plaintiff's notice of voluntary dismissal under Rule 41(a) of the Federal Rules of Civil procedure, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: February 14, 2013

JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

RAYMOND CASARES,

        Plaintiff,

  v.

M.C. SAYRE et al,

        Defendant.

                                         /

Case Number: CV12-02514 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 14, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Casares
D09770
P.O. Box 7500
Crescent City, CA 95532

Dated: February 14, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk