1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT

7
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
    RAYMOND CASARES,                    )      No. C 12-2514 JSW (PR)
10                                        )
             Plaintiff,                   )      **ORDER OF DISMISSAL**
11                                        )
          v.                              )
12                                        )
    M.C. SAYRE, et al.,                   )
13                                        )
             Defendants.                  )
14  _____ )
15
          Pursuant to Plaintiff's notice of voluntary dismissal under Rule 41(a) of the
16
    Federal Rules of Civil procedure, this case is DISMISSED without prejudice.
17
          IT IS SO ORDERED.
18
    DATED: February 14, 2013
19
                                          _____
20                                        JEFFREY S. WHITE
                                          United States District Judge
21
22
23
24
25
26
27
28

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6  RAYMOND CASARES,                              Case Number: CV12-02514 JSW

Plaintiff,

7                                               **CERTIFICATE OF SERVICE**

v.

8

M.C. SAYRE et al,

9

Defendant.

10  _____/

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District

12  Court, Northern District of California.

13  That on February 14, 2013, I SERVED a true and correct copy(ies) of the attached, by placing
said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

14  depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.

15

16

17  Raymond Casares
D09770

18  P.O. Box 7500
Crescent City, CA 95532

19
Dated: February 14, 2013

20                                          Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

21

22

23

24

25

26

27

28